**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7255**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TEVIN JEROME GAITHER,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:19-cr-00012-KDB-DSC-1)

_____

Submitted:  June 25, 2024                                      Decided:  June 27, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tevin Jerome Gaither, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tevin Jerome Gaither appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  Upon review of the record, in conjunction with the arguments raised on appeal and relevant authorities, we conclude that the district court did not abuse its discretion in denying Gaither's motion.  *United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (providing standard of review).  Accordingly, we affirm the district court's order.  *United States v. Gaither*, No. 5:19-cr-00012-KDB-DSC-1 (W.D.N.C. Nov. 15, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*